## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Isham,                                          Civil No. 10-1799 (PAM/AJB)

                              Petitioner,

v.                                                                    **ORDER**

Scott Peter Fisher,

                              Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Arthur J. Boylan dated September 23, 2010. In the R&R, Magistrate Judge Boylan recommended that Petitioner's request for expungement of his disciplinary record and restoration of his lost good conduct time be denied and the Petition dismissed. Petitioner has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 11).

Accordingly, **IT IS HEREBY ORDERED** that:

1.    The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2.    This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Friday, October 15, 2010</u>

                              *s/ Paul A. Magnuson*
                              Paul A. Magnuson
                              United States District Court Judge